NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

NOV 15 2016

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES C. SANDERSON, | No. 14-35483 |
| Petitioner-Appellant, | D.C. No. 3:14-cv-00657-SI |
| v. | |
| MARION FEATHER, | ORDER* |
| Respondent-Appellee. | |

Appeal from the United States District Court
for the District of Oregon
Michael H. Simon, District Judge, Presiding

Argued and Submitted December 10, 2014
Resubmitted November 15, 2016
Seattle, Washington

Before: HAWKINS, McKEOWN, and TALLMAN, Circuit Judges.

This appeal is DISMISSED as moot and the judgment of the district court is

VACATED with instructions to dismiss the action as moot.

The Clerk shall serve a copy of this order on the United States District Court

for the District of Oregon (Portland).

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.